1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON ANDREWS,

11        Plaintiff,                    No. CIV S-05-0619 DFL DAD P

12        vs.

13   ALTAMTRANO, et al.,

14        Defendants.              ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On May 18, 2005, findings and recommendations were filed recommending

18   that this action be dismissed due to plaintiff's failure to file his in forma pauperis application or

19   to pay the filing fee, and for plaintiff's failure to file an amended complaint.  Plaintiff did not file

20   objections to those findings and recommendations.  However, on August 10, 2005, plaintiff filed

21   a letter[1] requesting that the court send plaintiff an "application" to have court fees waived and to

22   file a § 1983 action.[2]  (Letter, at 1.)  In the interest of justice the court will provide plaintiff one

23   final opportunity to file his amended complaint and in forma pauperis application pursuant to the

24   _____

25          [1]  The letter did not identify the case number assigned to this action.

26          [2]  In this letter plaintiff also requested "six proof of service by mail" forms.  The court
     does not provide a proof of service form.

                                        1

1   court's April 5, 2005 order.  Should plaintiff fail to do so by the deadline set herein, the court

2   will forward the pending findings and recommendations recommending dismissal to the assigned

3   District Judge.

4               Accordingly, IT IS ORDERED that:

5               1.  Plaintiff is granted thirty days from the date of service of this order to file an

6   amended complaint using the form complaint provided by the court and which complies with the

7   requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules

8   of Practice; the amended complaint must bear the docket number assigned this case and must be

9   labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended

10  complaint;

11              2.  Plaintiff shall submit, within thirty days from the date of service of this order,

12  an affidavit in support of his request to proceed in forma pauperis on the form provided by the

13  Clerk of Court, or the appropriate filing fee;

14              3.  Plaintiff's failure to comply with this order will result in the dismissal of this

15  action; and

16              4.  The Clerk of the Court is directed to provide plaintiff with the court's form for

17  a section 1983 action, and the Application to Proceed In Forma Pauperis By a Prisoner.

18  DATED: August 17, 2005.

19

20  _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE
21

22  DAD:4
    andr0619.ext
23

24

25

26

2