1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON ANDREWS,

11               Plaintiff,                    No. CIV S-05-0619 DFL DAD P

12        vs.

13   ALTAMTRANO, et al.,                       ORDER

14               Defendants.

15   _____/

16               Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On April 5, 2005, the court dismissed plaintiff complaint and ordered him to

18   file an amended complaint, and to submit either the filing fee or an application requesting leave

19   to proceed in forma pauperis.  When plaintiff failed to comply with the court's order, findings

20   and recommendations were filed which recommended that this action be dismissed.

21   Subsequently, plaintiff filed his amended complaint and his in forma pauperis application.

22   Therefore, the findings and recommendations will be vacated.

23               Plaintiff has submitted a declaration that makes the showing required by 28

24   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

25               Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28

26   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $0.15 will be assessed by this

1

order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The findings and recommendations, filed on May 18, 2005, are vacated.

2.  Plaintiff's request for leave to proceed in forma pauperis is granted.

3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $0.15.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

4.  Service is appropriate for the following defendants: case worker Altamtrano, case worker Kuwahara, Lieutenant H. Hughes, and correctional officer B. Raley.

5.  The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed August 29, 2005.

6.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 4 above; and

1         d.  Five copies of the endorsed amended complaint filed August 29, 2005.

2         7.  Plaintiff need not attempt service on defendants and need not request waiver of

3  service.  Upon receipt of the above-described documents, the court will direct the United States

4  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

5  without payment of costs.

6  DATED: November 9, 2005.

7

8                      DALE A. DROZD

9                      UNITED STATES MAGISTRATE JUDGE

10  DAD:4
     andr0619.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3